UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
  Plaintiff

   v.

            Case No.  11-cr-16-01-SM

<u>Nazmi Abdelhamid Yousef,</u>
  Defendant


<u>O R D E R</u>


  Defendant Yousef's motion to continue the final pretrial conference and trial is granted (document no. 14).  Trial has been rescheduled for the month of September 2011.  Defendant Yousef shall file a waiver of speedy trial rights not later than June 23, 2011.  On the filing of such waiver, his continuance shall be effective.

  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 9, 2011 at 3:00 p.m.

Jury selection will take place on September 20, 2011 at 9:30 a.m.

SO ORDERED.

                                      Steven J. McAuliffe
                                      Chief Judge

June 17, 2011

cc:    Bjorn Lange, Esq.
       Alfred J.T. Rubega, AUSA
       U.S. Marshal
       U.S. Probation