UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

    v.

                                        Case No.  11-cr-16-01-SM

<u>Nazmi Abdelhamid Yousef,</u>
    Defendant


<u>O R D E R</u>


Defendant Yousef's Assented to Motion to Continue the final pretrial conference and trial is granted (document no. 17).  Trial has been rescheduled for the month of October 2011.  Defendant Yousef shall file a waiver of speedy trial rights not later than September 22, 2011.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing or, if necessary, Final Pretrial Conference is rescheduled for October 13, 2011 at 3:00 p.m.

Jury selection, if necessary, will take place on October 18, 2011 at 9:30 a.m.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Steven J. McAuliffe
　　　　　　　　　　　　　　　　　　　　Chief Judge

September 13, 2011

cc:　　Bjorn Lange, Esq.
　　　　Alfred J.T. Rubega, AUSA
　　　　U.S. Marshal
　　　　U.S. Probation